UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVA SCRUGGS, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-06537-YGR  (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

　　Defendants Binkele, Brunscher, Lawson, Medina, Mojica, Scruggs, Sullivan, and Hedgpeth have requested a twenty-eight day extension of time up to and including January 30, 2015, to file a motion for summary judgment or other dispositive motion. Their motion is GRANTED.

　　Defendants shall file their dispositive motion no later than **January 30, 2015**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **twenty-eight (28) days** after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

　　This Order terminates Docket No. 53.

　　IT IS SO ORDERED.

Dated: December 22, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge