UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>EVA SCRUGGS, et al.,<br><br>Defendants. | Case No. 12-cv-06537-YGR  (PR)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS** |

Defendants filed a request under Local Rule 7-11 for leave to file a memorandum of points and authorities supporting their motion for summary judgment and motion to dismiss that is up to forty (40) pages in length.  The Court has read and considered Defendants' request, and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for leave to file a memorandum of points and authorities supporting their motion for summary judgment and motion to dismiss that is up to forty (40) pages in length is GRANTED.

This Order terminates Docket No. 62.

IT IS SO ORDERED.

Dated: February 3, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge