UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>EVA SCRUGGS, et al.,<br><br>  Defendants. | Case No. 12-cv-06537-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANT M. CATS** |

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. Thereafter, the Court issued its Order of Service.

Service has been ineffective on Defendant M. Cats. In an Order dated September 18, 2014, Plaintiff was directed to provide the Court with the required information necessary to locate Defendant Cats. He was also informed that the failure to do so shall result in the dismissal of all claims against Defendant Cats.

In response to the Court's September 18, 2014 Order, Plaintiff claimed that Defendant Cats was the former Director of the California Department of Corrections and Rehabilitation ("CDCR"). Dkt. 40 at 3. The Clerk of the Court was directed to re-serve Defendant Cats at the CDCR. Dkt. 47 at 2.

On December 8, 2014, the CDCR's Office of Legal Affairs ("OLA") informed the Court that the "OLA is not authorized to accept service of process, and does not have any information for the named individual, M. Cats." Dkt. 58.

To date, Defendant Cats has not been served. Plaintiff has now filed a letter stating he is still attempting to locate Defendant Cats, but his efforts have been unsuccessful. Dkt. 76. The Court construes Plaintiff's letter as a request for an extension of time to provide the Court with the required information necessary to locate Defendant Cats.

Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may provide the Court with the required information

1  necessary to locate Defendant Cats will be extended up to and including **April 30, 2015**.  Failure
2  to do so by the new deadline shall result in the dismissal of all claims against Defendant Cats.
3      This Order terminates Docket No. 76.
4      IT IS SO ORDERED.
5  Dated: April 7, 2015
                      YVONNE GONZALEZ ROGERS
6                        United States District Court Judge