United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVA SCRUGGS, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-06537-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE OPPOSITION** |

On July 17, 2015, Plaintiff filed a request for a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment up to and including August 10, 2015.[1]  Dkt. 86 at 2.  Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for a second extension of time is GRANTED.  The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **August 10, 2015**.

Defendants' reply to the opposition must be filed no later than **August 24, 2015**.

**No further extensions of time will be granted in this case absent extraordinary circumstances.**

This Order terminates Docket No. 86.

IT IS SO ORDERED.

Dated: July 28, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] Plaintiff has requested for an extension of time up to and including "three weeks" from July 18, 2015, the date "the prison D-Yard comes off lock down."  Dkt. 86 at 2.  The Court calculates his requested due date to be August 8, 2015, which falls on a Saturday.  Instead, the Court construes Plaintiff's request as one for a due date which falls on the following Monday, August 10, 2015.