UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY DILLINGHAM,

    Plaintiff,

  v.

EVA SCRUGGS, et al.,

    Defendants.

Case No. 12-cv-06537-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing by this action. Judgment is hereby entered in favor of Defendants Brunscher, Scruggs, and Lawson. Parties shall each bear their own costs of action.

Dated: September 8, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge